IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTIRCT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EDY ESTRADA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FOUR SEASONS DEVELOPMENT CO., INC., and JULIAN KUBECZKA,<br><br>Defendants. | CIVIL ACTION NO. 4:15-cv-2864 |

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

Defendants Four Seasons Development Co., Inc. ("FSDC") and Julian Kubeczka ("Kubeczka") (together, "Defendants") file this Certificate of Interested Parties, listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, which are known to Defendants at this time:

1. Edy Estrada, Plaintiff
2. Shellist Lazarz Slobin LLP, Counsel for Plaintiff
3. Todd Slobin and Ricardo Prieto, Counsel for Plaintff
4. Four Seasons Development Co., Inc., Defendant
5. Julian Kubeczka, Defendant

5140408v1

Respectfully submitted,

**PORTER HEDGES LLP**


By:  /s/ Joanne M. Vorpahl
     Joanne M. Vorpahl
     State Bar No. 20619950
     Federal ID No. 777
     jvorpahl@porterhedges.com
     **Attorney-in-Charge**
     1000 Main Street, 36th Floor
     Houston, Texas 77002-6336
     Telephone: 713-226-6601
     Facsimile: 713-226-6201

**Of Counsel:**

**PORTER HEDGES LLP**

Susan E. Cates
State Bar No. 24044932
Federal ID No. 621240
scates@porterhedges.com
1000 Main Street, 36th Floor
Houston, Texas 77002-6336
Telephone: 713-226-6709
Facsimile: 713-226-6309

**ATTORNEYS FOR DEFENDANTS FOUR SEASONS DEVELOPMENT CO., INC. AND JULIAN KUBECZKA**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of the Court using the Court's ECF system on this 29th day of October 2015, which will automatically send notification of such filing to all counsel of record, and it will also be sent to opposing counsel by email.

/s/ Susan E. Cates
Susan E. Cates
